United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL B. GOLDBERG,<br><br>                Plaintiff,<br><br>   v.<br><br>JAMES CAMERON, et al.,<br><br>                Defendants. | Case No.: 13-2493 JSC<br><br>**SUA SPONTE REQUEST FOR RELATED CASE DETERMINATION (Civil L.R. 3-12(c))** |

On June 3, 2013, Plaintiff Neil B. Goldberg, proceeding pro se, filed a document entitled "Complaint to Vacate Judgment and for Damages FRCP, Rule 60(d)(1)" (Dkt. No. 1) under the caption for Case No. 05-cv-3534 RMW. This document was opened as a new civil action under the above titled caption.

Northern District of California Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest- filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related."

Plaintiff appears to be seeking to set aside the Judgment entered in Case No. 05-cv-3534 RMW on April 6, 2011 pursuant to Federal Rule of Civil Procedure 60(b). (No. 05-cv-

3534 RMW, Dkt. No. 215.) The Ninth Circuit Court of Appeals recently dismissed Plaintiff's appeal of the challenged Judgment for failure to prosecute. (No. 05-cv-3534 RMW, Dkt. No. 239.)

Accordingly, pursuant to Local Rule 3-12(c), this action is referred to the Honorable Ronald M. Whyte for a determination of whether this action is related to *Goldberg v. Cameron*, No. 05-cv-3534 RMW.

**IT IS SO ORDERED.**

Dated: June 18, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE