IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-FILED - 1/22/14*__

| | |
|---|---|
| NEIL B. GOLDBERG | No. CV 13-02493 RMW |
| Plaintiff(s),<br>(Petitioner) | **ORDER RE APPLICATION TO**<br>**PROCEED IN FORMA PAUPERIS** |
| v. | |
| JAMES CAMERON, ET AL, | |
| Defendant(s).<br>(Respondent) | |

    ( )    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

    ( )    The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

    (**X**)    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than **February 7, 2014**. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

    ( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $_____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated:  1/22/14

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

Copy of Order E-Filed to Defense Counsel:

Copy of Order Mailed on 1/22/14 to:

**Neil B Goldberg**
P.O. Box 2313
Aptos, CA 95001

*Pro Se Plaintiff*