*E-FILED - 2/12/14*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEIL B. GOLDBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES CAMERON, et al.,<br><br>    Defendants. | CASE NO.: C-13-02493-RMW<br><br>**ORDER OF DISMISSAL** |

On January 22, 2014, the court issued its order denying plaintiff's application to proceed in forma pauperis, and requiring plaintiff to pay the filing fee by February 7, 2014. Plaintiff failed to do so. Therefore,

IT IS HEREBY ORDERED that case is dismissed without prejudice for failure to diligently prosecute.

DATED: 2/12/14

*[signature: Ronald M Whyte]*

RONALD M. WHYTE
United States District Judge

ORDER OF DISMISSAL
NO. C-13-02493-RMW

1

1
2  Copy of Order Mailed on 2/12/14 to:
3  Neil B. Goldberg
   P.O. Box 2313
4  Aptos, CA 95001
5       *Pro Se Plaintiff*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER OF DISMISSAL
NO. C-13-02493-RMW